UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-33-MWF(AJRx)**                              Date:  June 18, 2026

Title      **David Timmer v. United States of America**

Present:  The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 2, 2026.  (Docket No. 1).  On February 1, 2026, Plaintiff filed a First Amended Complaint (the "FAC").  (Docket No. 12).  The Court denied Plaintiff's Requests to Proceed In Forma Pauperis on March 5, 2026.  (Docket No. 18).  Plaintiff paid the filing fee on March 25, 2026.  (Docket No. 20).  The Clerk of Court issued the Summons on March 27, 2026.  (Docket No. 21).

On June 13, 2026, Plaintiff filed a Proof of Service of the Summons and FAC (the "POS").  (Docket No. 23).  The Court has reviewed the POS and finds that it fails to meet the requirements of Federal Rule of Civil Procedure 4(i).

The Court now **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 6, 2026**.

- By Plaintiff: Proofs of Service of the Summons and FAC.  The Proofs of Service must satisfy the requirements of Federal Rule of Civil Procedure 4(i), including, but not limited to, certified or registered mail receipts bearing the United States Postal Service's postmark.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-33-MWF(AJRx)**                                Date:  June 18, 2026

Title        **David Timmer v. United States of America**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JULY 6, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.

The Court cannot provide advice to any party, including pro se litigants. There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, https://prose.cacd.uscourts.gov/.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Plaintiff is encouraged to seek assistance at the Pro Se Clinic, and to review the Self-Representation Order, Docket No. 22.